# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT HARRIS, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO. 3:19-CV-394 (VLB) |
| SANTIAGO, et al., | : | |
| Defendants. | : | |

## ORDER OF DISMISSAL

Plaintiff, Robert Harris, seeks to proceed in this case *in forma pauperis*. On March 18, 2019, the Court issued a Notice of Insufficiency informing Plaintiff of deficiencies in his motion to proceed *in forma pauperis* that needed to be corrected before the Court could consider his motion. Plaintiff was informed that if the deficiencies were not corrected before April 8, 2019, this action would be dismissed.

To date, Plaintiff has neither corrected the deficiencies nor sought an extension of time within which to do so. Accordingly, the complaint is DISMISSED without prejudice. Plaintiff may move to reopen this case if he submits the required truthful motion to proceed *in forma pauperis* and demonstrates good cause for his failure to comply with the Court's order.

SO ORDERED this 15th day of April 2019 at Hartford, Connecticut.

_____/s/_____
Hon. Vanessa L. Bryant
United States District Judge